| | | |
|---|---|---|
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Internal Revenue Serv<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Toyota Financial Serv<br>P.O. Box 5855<br>Carol Stream, IL 60197 |
| Bank of Anguilla<br>P.O. Box 188<br>Anguilla, MS 38721 | Irrigation Equipment<br>Company<br>P.O. Box 708<br>Indianola, MS 38751 | |
| Belmont Equipment Inc<br>P.O. Box 239<br>Cary, MS 39054 | IRS (Notice Only)<br>% US Attorney's Office<br>501 E. Court St,#4.430<br>Jackson, MS 39201 | |
| Boyle Ag Services<br>P.O. Box 517<br>Boyle, MS 38730 | John Deere Credit<br>P O Box 650215<br>Dallas, TX 75265 | |
| CNH Industrial Capital<br>America LLC<br>P.O. Box 3600<br>Lancaster, PA 17604 | Mitchell,McNutt & Sams<br>P.O. Box 7120<br>Tupelo, MS 38802 | |
| Cunningham CPA's PLLC<br>P.O. Box 675<br>Belzoni, MS 39038 | Monsanto Company<br>P.O. Box 204070<br>Dallas, TX 75320 | |
| EnerBank USA<br>1245 Brickyard Rd<br>Salt Lake City, UT 84106 | MS Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | |
| Farmers Inc<br>P.O. Box 5187<br>Greenville, MS 38704 | P&P Tire & Auto Inc<br>20928 Hwy 61 N<br>Rolling Fork, MS 39159 | |
| Greenpoint Ap LLC<br>P.O. Box 171376<br>Memphis, TN 38187 | PHI Financial Serv<br>P.O. Box 660635<br>Dallas, TX 75266 | |