PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
05/09/16

IN RE:  CASE NO: 16-01140 NPO

HARGRAVE, CAROLYN TYLER

**APPEARANCES**:
(X) DEBTOR 1  ( ) DEBTOR 2 (Wife in Joint Cases)
   (X) Required picture I.D. produced  ( ) Required picture I.D. produced
   (X) Required SSN verification produced  ( ) Required SSN verification produced
   (X) Pay advices received _wages + social security_  ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for __2014__ (years) on __04/01/2016__.
Financial documents were ( ) retained by trustee or (X) returned to debtor(s) or ( ) forwarded to Office of the UST.
( ) DEBTOR'S REPRESENTATIVE: _____
(X) ATTORNEY FOR DEBTOR(S): **J. Thomas Ash** or substitute:_____
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES ( ) NO - If Pro Se, did anyone assist with preparation?
   ( ) YES ( ) NO - If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; or
( ) NOT HELD; or
( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20___ AT _____ O'CLOCK ___.M.

(X) YES ( ) NO - Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

( ) CREDITOR(S) _None_ _____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting - Schedule_____
( ) OTHER:_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:_____.

ADDITIONAL NOTES: _Possible asset case._

DATED: __05/09/16__  _____
   STEPHEN SMITH, TRUSTEE

Track # __075__ or Tape #_____, Side_____ Counter Start #_____